IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

IN RE:                                                                    CASE NO. 26-80395

JMK5 ABILENE LLC

DEBTOR                                                                    CHAPTER 11

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Julie Anne Parsons of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for **Central Appraisal District of Taylor County** in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

Dated: June 2, 2026

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for Central Appraisal District of Taylor
County

*/s/ Julie Anne Parsons*
Julie Anne Parsons
State Bar Number 00790358
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Richard L Fuqua, II, Fuqua & Associates, PC, 8558 Katy Freeway Suite 119, Houston, Texas 77024; United States Trustee, 515 Rusk Ave, Ste. 3516, Houston, TX 77002, and to those parties listed on the Court's Notice of Electronic Filing on June 2, 2026, by CM/ECF Electronic Notification.

*/s/ Julie Anne Parsons*
Julie Anne Parsons