United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 05, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 26-80395** |
| JMK5 ABILENE LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER SETTING STATUS CONFERENCE**

1.     The Court will conduct a status conference in this case on 7/21/2026, at 11:00 am by telephone and video conference. To join by Telephone and Video Conference, see the Court's web page for instructions: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez. A representative of the Debtor shall appear.

2.     The Debtor shall serve a copy of this Order on (i) all secured creditors; (ii) the twenty largest creditors; (iii) the United States Trustee; and (iv) all other parties requesting notice. The Debtor shall file a certificate of service at least 48 hours prior to the scheduled date of the conference.

3.     The Debtor should be prepared to provide the Court with an overview of the case.

4.     The United States Trustee is requested to attend.

SIGNED 06/05/2026

_____
Alfredo R Pérez
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| IN RE: | CASE NO: 26-80395 |
|--------|-------------------|
| JMK5 ABILENE | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 4 |

On 7/17/2026, I did cause a copy of the following documents, described below,

Notice regarding Order Setting Status Conference ECF Docket Reference No. 4

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/17/2026

/s/ RICHARD L FUQUA
RICHARD L FUQUA  07552300

FUQUA & ASSOCIATES, PC
8558 KATY FREEWAY, SUITE 119
HOUSTON, TX 77024
713-960-0277
fuqua@fuqualegal.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

IN RE:

JMK5 ABILENE

CASE NO: 26-80395

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 4

On 7/17/2026, a copy of the following documents, described below,

Notice regarding Order Setting Status Conference ECF Docket Reference No. 4

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/17/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
RICHARD L FUQUA
FUQUA & ASSOCIATES, PC
8558 KATY FREEWAY, SUITE 119
HOUSTON, TX  77024

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

  LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-80395
SOUTHERN DISTRICT OF TEXAS
THU JUL 16 13-5-38 PST 2026

CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY
MCCREARY VESELKA BRAGG  ALLEN  PC
CO JULIE ANNE PARSONS
PO BOX 1269
ROUND ROCK  TX 78680-1269

EXCLUDE

(U)FIRST BANK TEXAS NA

DEBTOR

JMK5 ABILENE LLC
308 W PARKWOOD AVE
FRIENDSWOOD  TX 77546-5478

TAXCORE LENDING  LLC
CO HOWARD MARC SPECTOR
12770 COIT RD  STE 850
DALLAS  TX 75251-1364

EXCLUDE

3
UNITED STATES BANKRUPTCY COURT
601 ROSENBERG ST
RM 411
GALVESTON  TX 77550-1738

BURT CONSTRUCTION IV
824 28 12 STREET
DICKINSON  TX 77539-6578

CANVAS PERSONAL TRAINING
PO BOX 131441
HOUSTON  TX 77219-1441

CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY
CO MCCREARY  VESELKA  BRAGG  ALLEN
PO BOX 1269
ROUND ROCK  TX 78680-1269

FIRST BANK TEXAS
100 WILLOW BEND DRIVE
ALEDO  TX 76008-5746

JEROME KARAM
308 W PARKWOOD AVE
STE 104A
FRIENDSWOOD  TX 77546-5478

US TRUSTEE
OFFICE OF THE US TRUSTEE
515 RUSK AVE
STE 3516
HOUSTON  TX 77002-2604

RICHARD L FUQUA II
FUQUA  ASSOCIATES  PC
8558 KATY FREEWAY
SUITE 119
HOUSTON  TX 77024-1809