Case 26-80395   Document 39-5   Filed in TXSB on 07/31/26   Page 1 of 2

**JMA5 Abilene**

## Balance Sheet
### As of June 30, 2026

|  | Jun 2 - 30, 26 |
|---|---|
| **Net Income** | **0.00** |

|  | Jun 30, 26 |
| --- | ---: |
| **ASSETS** | |
| **Fixed Assets** | |
| **2022 Buildout** | 10,786.09 |
| **2024 Buildout** | 170,962.08 |
| **Accumulated Depreciation** | -242,986.23 |
| **Furniture and Equipment** | 7,510.51 |
| **Shopping Center Block A Lot 126** | |
| Land | 505,146.86 |
| **Shopping Center Block A Lot 126 - Other** | 1,515,440.58 |
| **Total Shopping Center Block A Lot 126** | 2,020,587.44 |
| **Tenant Improvements 2021** | 1,444,764.08 |
| **Tract B** | 1,117,691.13 |
| **World Gym Buildout 2022** | 98,298.34 |
| **World Gym Buildout 2023** | 115,474.15 |
| **World Gym Buildout 2024** | 219,577.58 |
| **World Gym Buildout 2025** | 611,004.37 |
| **Total Fixed Assets** | 5,573,669.54 |
| **TOTAL ASSETS** | **5,573,669.54** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| **Note Payable** | |
| **First Bank Texas Loan # 0010** | 951,394.41 |
| **First Bank Texas Loan # 0020** | 1,427,008.89 |
| **First Bank Texas Loan # 0030** | 774,774.40 |
| **Good Bull Lending** | 500,000.00 |
| **Total Note Payable** | 3,653,177.70 |
| **Total Long Term Liabilities** | 3,653,177.70 |
| **Total Liabilities** | 3,653,177.70 |
| **Equity** | |
| **Members Equity** | 1,905,513.64 |
| **Opening Balance Equity** | 1,000.00 |
| **Net Income** | 13,978.20 |
| **Total Equity** | 1,920,491.84 |
| **TOTAL LIABILITIES & EQUITY** | **5,573,669.54** |