**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 26-80395** |
| | § | |
| **JMK5 ABILENE LLC** | § | |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**MOTION TO SUBSTITUTE COUNSEL WITHIN SAME FIRM AND UPDATE ELECTRONIC AND PAPER NOTICING MATRIX ACCORDINGLY**

**TO THE HONORABLE U.S. BANKRUPTCY JUDGE:**

COMES NOW McCreary, Veselka, Bragg & Allen, P.C. ("**MVBA**") which represents **Central Appraisal District of Taylor County**, and requests that Julie Anne Parsons, current counsel of record, be substituted with:

Jessica L. Cousineau
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
jessica.cousineau@mvbalaw.com

as Julie Anne Parsons is leaving the firm. MVBA further requests that Julie Anne Parsons be terminated from the electronic and paper noticing matrix and that Jessica L. Cousineau be added to same.

Dated: August 26, 2026

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for Named Creditors

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau
Oregon Bar Number 012374
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jessica.cousineau@mvbalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing to all parties registered to receive electronic notice through the Court CM/ECF Electronic Noticing Center including debtor's counsel and the U.S. Trustee on August 26, 2026.

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau