**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-80395** |
| **JMK5 Abilene LLC** | § | |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**DEBTOR'S RESPONSE TO**
**U.S. TRUSTEE'S EMERGENCY MOTION TO DISMISS CASE**

TO THE HONORABLE
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, JMK5 ABILENE LLC (the "Debtor"), and files this Response to U.S. Trustee's Emergency Motion to Dismiss Case (the "Motion") and in support thereof, would respectfully show the Court as follows:

1. Debtor admits the allegations in Paragraph 1

2. Debtor admits the allegations in Paragraph 2.

3. Debtor admits the allegations in Paragraph 3.

4. Debtor admits the allegations in Paragraph 4.

5. Debtor admits the allegations in Paragraph 5.

6. Debtor admits the allegations in Paragraph 6.

7. Debtor admits the allegations in Paragraph 7.

8. Debtor admits the allegations in Paragraph 8.

9. Debtor admits the allegations in Paragraph 9.

10. Debtor neither admits nor denies the allegations in the first two sentences of Paragraph 10. Debtor admits the third sentence of Paragraph 10.

11. Debtor admits the allegations in Paragraph 11.

12. Debtor admits the allegations in Paragraph 12.

13. Debtor admits the allegations in Paragraph 13, however, for further answer, there have been no operations other than the payment of liability insurance premiums.

14. To the extent any factual allegations are made in Paragraphs 14 and 15, those allegations are denied.

15. Debtor denies the allegations in the first and fourth sentences of Paragraph 16. Debtor admits the allegations in sentences 1 and 3 of Paragraph 16.

16. Debtor denies the allegations in Paragraph 17. For further answer, Debtor is one month delinquent in the timely filing of its monthly operating report.

17. Debtor admits the allegations in Paragraph 18.

18. Debtor admits the allegations in Paragraph 19.

19. Debtor denies the allegations in the first sentence of Paragraph 20. For further answer, General Liability coverage exists and has been paid for in full. The Debtor had arranged for property insurance coverage. However, the premium for property coverage has not been received by the Debtor from the prior proposed purchaser. Therefore, no property insurance covers the Debtors property other than the force placed coverage purchased by the bank.

**PRAYER**

WHEREFOERE, Debtor respectfully requests the Court deny the relief requested.

*[SIGNATURE ON FOLLOWING PAGE]*

Respectfully submitted,

**FUQUA & ASSOCIATES, PC**

*/s/ Richard L. Fuqua*
Richard L. Fuqua
State Bar No. 07552300
8558 Katy Freeway, Suite 119
Houston, TX 77024
(713) 960-0277 – Telephone
Email: fuqua@fuqualegal.com
**COUNSEL FOR DEBTOR**

## CERTIFICATE OF ACCURACY

I hereby certify that the facts and circumstances described in the above pleading are true and correct to the best of my knowledge, information, and belief.

*/s/ Richard L. Fuqua*
Richard L. Fuqua

## CERTIFICATE OF SERVICE

This is to certify that on October 13, 2026, a copy of the above and foregoing instrument was served upon all parties entitled to receive notice by CM/ECF.

*/s/ Richard L. Fuqua*
Richard L. Fuqua