United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-80395** |
| **JMK5 Abilene LLC** | § | |
| | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE**

(Relates to ECF No. 44)

CAME ON for consideration the *Emergency Motion to Dismiss Case* filed by the United States Trustee in this chapter 11 case. Due notice and opportunity for hearing having been given to all parties, and it having been shown to the satisfaction of the Court that cause exists under 11 U.S.C. §1112(b), it is hereby

**ORDERED** that:

1.) This case is DISMISSED pursuant to 11 U.S.C. § 1112(b).

2.) Within 30 days of entry of this Order, the Debtor shall

a. file all outstanding monthly operating reports through the entry of this Order;

b. pay all quarterly fees due and owing pursuant to 28 U.S.C. § 1930(a)(6); and

c. file a certification with the Court that it has paid all outstanding quarterly fees.

3.) If Fuqua & Associates, PC, wishes to be compensated for post-petition work in this case, it must file a fee application within 30 days of entry of this Order. Absent entry of an order authorizing such fees the Debtor is prohibited from paying Fuqua & Associates, PC, any additional amounts under applicable bankruptcy and state law.

Signed: October 13, 2026

Alfredo R Pérez
United States Bankruptcy Judge